UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**MITCHELL JACKSON**                    **CIVIL ACTION**

**VERSUS**                              **NO. 22-504-SDD-SDJ**

**HILLAR MOORE, ET AL**

### NOTICE

Please take notice that the attached Magistrate Judge's Report has been filed with the Clerk of the U.S. District Court.

In accordance with 28 U.S.C. § 636(b)(1), you have 14 days after being served with the attached report to file written objections to the proposed findings of fact, conclusions of law, and recommendations set forth therein. Failure to file written objections to the proposed findings, conclusions, and recommendations within 14 days after being served will bar you, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the District Court.

**ABSOLUTELY NO EXTENSION OF TIME SHALL BE GRANTED TO FILE WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT.**

Signed in Baton Rouge, Louisiana, on March 31, 2023.

*[Signature: Scott Johnson]*

**SCOTT D. JOHNSON**
**UNITED STATES MAGISTRATE JUDGE**

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**MITCHELL JACKSON**

**VERSUS**

**HILLAR MOORE, ET AL**

**CIVIL ACTION**

**No. 22-504-SDD-SDJ**

### ORDER

Before the Court is a Motion to Dismiss Pursuant to Rule 4(m) filed by Defendant Hillar Moore on November 23, 2022. (R. Doc. 9). The Motion is unopposed.

Plaintiff's Petition for Damages was filed on July 26, 2022, and to date, none of the Defendants have yet been served. Federal Rule 4(m) states: "If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m). Furthermore, Plaintiff has twice expressed to this Court a desire to dismiss this matter. On October 21, 2022, Plaintiff filed his own Motion to Dismiss (R. Doc. 5), which was denied without prejudice per Local Rule 5.2(e).[1] (R. Doc. 6). Though Plaintiff did not file a corrected motion to dismiss, Plaintiff and Defendant Hillar Moore filed a Joint Status Report on December 1, 2022, expressing that both parties wish to dismiss the matter. (R. Doc. 11). Considering the foregoing,

---

[1] The Order denying dismissal states that the Motion and Proposed Order of Dismissal were impermissibly filed on the same page.

The undersigned **RECOMMENDS** that the Motion to Dismiss (R. Doc. 9) be **GRANTED** and that the entire matter be **DISMISSED without prejudice** pursuant to Rule 4(m).

Signed in Baton Rouge, Louisiana, on March 31, 2023.

_____
**SCOTT D. JOHNSON**
**UNITED STATES MAGISTRATE JUDGE**