# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

MITCHELL JACKSON

VERSUS

HILLAR MOORE

CIVIL ACTION

22-504-SDD-SDJ

## RULING

The Court has carefully considered the *Motion*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Scott D. Johnson dated March 31, 2023, to which no *Objection* has been filed.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the Motion to Dismiss (R. Doc. 9) is GRANTED and the entire matter is DISMISSED without prejudice pursuant to Rule 4(m).

Signed in Baton Rouge, Louisiana, on this _17_ day of May, 2023.

CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 9.
[2] Rec. Doc. 13.